1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Sandeep J. Shah (Cal. Bar No.: 210449)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   Email:  SShah@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11 | DIRECTV, INC., a California corporation, | CASE NO. CV-04-3605 PVT |
12 | Plaintiff, | Hon. Patricia V. Trumbull |
13 | vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT PAUL WERTHMANN; [PROPOSED] ORDER THEREON** |
14 | PAUL WERTHMANN | |
15 | Defendant. | |

18  Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")
19  hereby respectfully requests that the Court enter an Order dismissing the above-captioned action
20  with prejudice as to Defendant PAUL WERTHMANN ("Defendant") **only**.  This request is made
21  on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter.
22  Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action
23  against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to
24  date.

25  Defendant answered the Complaint on or about January 21, 2005.  DIRECTV,
26  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court
27  order. Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an
28  order dismissing Defendant with prejudice.

BNFY 566085v1                             -1-                              (CV-04-3605 PVT)
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT PAUL WERTHMANN**

Defendant PAUL WERTHMANN is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.]

DATED: June 9, 2005  Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/ Sandeep J. Shah
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant PAUL WERTHMANN filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant PAUL WERTHMANN only;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date.

3. As Defendant PAUL WERTHMANN is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: 6/10/05

/s/ Patricia V. Trumbull
Honorable Patricia V. Trumbull
United States District Court
Northern District of California